OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 6, 2007

James Q. Butler, Esq.
Butler Law Firm
818 18th Street, 6th Floor
Washington, D.C. 20006

Re:  **William Gregory v. Warden Vince Bianco and the Attorney General of the State of Delaware**
     **Civ. No. 07-724-SLR**

Dear Mr. Butler:

Enclosed is a copy of a letter sent by your client to the Clerk of Court. The letter will not be docketed by the Clerk's Office. Kindly advise your client that the court will not in the future review any correspondence from him so long as he is represented by counsel, unless the correspondence is forwarded to the court through counsel.

Thank you for your cooperation.

Sincerely,

Peter T. Dalleo
Clerk of Court

By:/s/ Francesca Tassone
Deputy Clerk

cc: William Gregory, w/ original letters