**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310



January 15, 2008

James Q. Butler, Esquire
Butler Law Firm
818 18th Street, 6th Floor
Washington, D.C. 20006

**Re:  Gregory v. Bianco, Civ. No. 07-724-SLR**

Dear Mr. Butler:

    If you care to represent petitioner in the above-referenced case without associating yourself with Delaware counsel, you must file a motion to that effect pursuant to D. Del. LR 83.5(f)(1), along with an affidavit by which you aver that you are a member in good standing of an identified bar and submit yourself to the jurisdiction of this Court.  Failure to either associate yourself with Delaware counsel or filing such a motion on or before January 28, 2008 will result in the Court's considering petitioner as proceeding pro se.

Very truly yours,

*Sue L. Robinson*

Sue L. Robinson

cc:  Clerk of Court