UNITED STATES DISTRICT COURT
District of Delaware

| | |
|---|---|
| WILLIAM GREGORY,<br><br>   Petitioner,<br><br>Vs.<br><br><br>VINCE BIANCO<br><br>   Respondent | )<br>)<br>)<br>) Case No. 07-724-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**PETITION TO REPRESENT PETITIONER, WILLIAM GREGORY, WITHOUT THE ASSOCIATION OF LOCAL COUNSEL**

**COMES NOW THE PETITIONER,** William Gregory, through his counsel, James Quincy Butler, Esq., and hereby moves this Honorable Court to allow Mr. James Quincy Butler to represent Mr. William Gregory in the above entitled matter without the association of local Delaware counsel in accordance with D. Del LR 83.5(f)(1)

RESPECTFULLY SUBMITTED this \_\_28th\_\_ day of \_\_January\_\_ 2008.

BY: _____
James Q. Butler, Esq.
Attorney at Law (Bar# 490014)
Butler Legal Group, Pllp.
818 18th Street, 6th Floor
Washington, D.C. 20006
Telephone: (202) 223-6767
Fax: (202) 223-3039
James@butlerlawfirmdc.com

# Butler Legal
G R O U P PLLP

January 28, 2008

     I, James Quincy Butler, am a member in good standing of the bar of the District of Columbia. I humbly submit myself to the jurisdiction of the United States District Court for the District of Delaware.

Respectfully submitted,

*[signature]*

James Q. Butler, Esq.
Attorney at Law (Bar# 490014)
Butler Legal Group, Pllp.
818 18th Street, 10th Floor
Washington, D.C. 20006
Telephone: (202) 223-6767
Fax: (202) 223-3039
James@butlerlawfirmdc.com

*[Filed stamp: 2008 JAN 29 AM 10: 04 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE]*

## DISTRICT OF COLUMBIA NOTARY ACKNOWLEDGEMENT

On this, the __28th__ day of __January__, 20__08__, before me a notary public, the undersigned officer, personally appeared __James Q. Butler__, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

*[signature]*
Notary Public

TIARA JOHNSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 1, 2013

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this __28th__ day of __January__, __2008__
_____
Notary Public, D.C.

818 18th Street N.W.　　☏ : 202-223-6767
Suite 630　　　　　　　📠 : 202-223-3039
Washington, D.C. 20006　🌐 : www.butlerlawfirmdc.com