D.I. #_____

# CIVIL ACTION
# NUMBER: _____ 07-724 SLR _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 75 |
| Certified Fee | 245 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 555 |

Postmark Here

Sent To: Warden Vince Bianco, Morris Community Correctional Ctr
Street, Apt. No.; or PO Box No.: 300 Water Street
City, State, ZIP+4: Dover, DE 19901

7005 1820 0004 3169 5865

PS Form 3800, June 2002   See Reverse for Instructions

D.I. #_____

# CIVIL ACTION
# NUMBER: _____07-724 SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT | |
|---|---|
| (Domestic Mail Only; No Insurance Coverage Provided) | |
| Postage | $ 75 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.55 |
| Sent To | LOREN MEYERS |
| Street, Apt. No.; or PO Box No. | DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE |
| City, State, ZIP+4 | 820 N. FRENCH STREET WILMINGTON, DE 19801 |

Article Number: 7007 2680 0003 3006 5904

PS Form 3800, August 2006  See Reverse for Instructions