**United States District Court**

For the District of Delaware



RECEIVED
MAR 13 2008

Scanned

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _07 CV 724-SLR_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

07-724-slr

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ WILM.☐ Agent ☐ Addressee <br> B. Received by ( Printed Name)  Kelly Vensta   C. Date of Delivery 12 |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br> MAR 13 <br> USPS |
| | 3. Service Type <br> ☑ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7007 2680 0003 3006 5904 |

PS Form **3811**, February 2004          Domestic Return Receipt          102595-02-M-1540