United States District Court
For the District of Delaware



MAR 13 2008

Acknowledgement of Service Form Scanned
For Service By Return Receipt

Civil Action No. 07CV724-SLR

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

07-724-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>Don AL<br>C. Signature<br>X  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Warden Vince Bianco<br>Morris Community Correction<br>Center<br>300 Water Street<br>Dover, DE 19901 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label) | 7005 1820 0004 3169 5865 |
| PS Form 3811, July 1999 | Domestic Return Receipt  102595-99-M-1789 |