IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WILLIAM GREGORY,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-724-SLR |
| | ) | |
| **VINCE BIANCO**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1.  William Gregory has applied for federal habeas relief, alleging error by the state courts. D.I. 1. By order of this Court, respondents' answer is due to be filed on April 25, 2008. D.I. 7.

2.  Counsel has been, and continues to be, diligently working on respondents' answer to Mr. Yost's petition. Over the past several weeks, counsel has handled and filed several matters before the Delaware Supreme Court: *Chavous v. State*, No. 340, 2007 (Oral Argument), *Cammile v. State*, No. 481, 2007, *Johnson v. State*, No. 61, 2008; as well as several matters before the Delaware Superior Court, Court of Common Pleas, and Justice of the Peace Court. Given counsel's extensive caseload, including daily calendars in Delaware trial courts, more time is needed to complete respondents' answer to Mr. Gregory's petition.

3. Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

4. This is respondents' first request for an extension of time in this case.

5. Respondents submit that an extension of time to and including May 16, 2008, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: April 26, 2008

## RULE 7.1.1 CERTIFICATION

Counsel for Mr. Gregory, James Q. Butler, Esq., was unavailable when counsel attempted to contact him regarding this motion..

/s/ Kevin M. Carroll  
Deputy Attorney General

Counsel for Respondents

Date: April 26, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on April 26, 2008, I served copies of the same upon the following individuals:

>James Q. Butler, Esq.
>818 18th Street
>Washington, D.C. 20006

>/s/ Kevin M. Carroll
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 4836
>Kevin.Carroll@state.de.us

Date: April 26, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WILLIAM GREGORY,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 07-724-SLR |
| | ) |
| **VINCE BIANCO**, Warden | ) |
| and **JOSEPH R. BIDEN, III**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents. | ) |

## ORDER

This _____ day of _____, 2008,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before May 16, 2008.

_____
United States District Judge